IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA

vs.   Criminal Action No. 3:23CR00224-002

KAIONTA DABNEY

**O R D E R**

A Presentence Report has been ordered, and this case is set down for sentencing on January 23, 2025 at 10:00 am in the Charlotte Division.

In connection with the sentencing hearing, it is **ORDERED** as follows:

1. No later than seven (7) seven days before sentencing, the prosecution and defense shall prepare a sentencing memorandum addressing sentencing considerations appropriate to the case. Such a memorandum shall specifically address the factors to be considered in imposing a sentence under 18 U.S.C. 3553(a). If a party needs an extension of time to file their sentencing memorandums, they need to request that extension in writing prior to the expiration of the deadline.

2. Any exhibits to be introduced at sentencing shall be filed with the sentencing memorandum no later than seven days (7) prior to sentencing.

3. The sentencing memorandum shall identify all witnesses who are expected to testify at sentencing.

ENTERED:  January 6, 2025

*/s/ Michael F. Urbanski*

Michael F. Urbanski
Senior United States District Judge